```
                                    FILED
                        CLERK, U.S. DISTRICT COURT

                            AUG    1  2022

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY        v.w        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 5:19-00015-FMO |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| DAVID GEORGE LOPEZ, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   (✓)   the appearance of defendant as required; and/or

(B)   (✓)   the safety of any person or the community.

//

//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he can refrain from engaging in criminal activity, even while on supervision, given the instant offense conduct.  Additionally, defendant has an extensive criminal history that includes drugs and violence, and a long history of drug usage. He is currently using drugs. Defendant also submits on detention

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he does not present a risk of non-appearance. Defendant has an unverified background, no bail resources, a history of drug usage, family ties outside the district, extensive international travel, and a history of warrants and failures to appear.

IT IS ORDERED that defendant be detained.

DATED: August 1, 2022

JOHN E. MCDERMOTT
UNITED STATES  MAGISTRATE JUDGE

2